

# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK  
151 U.S. COURTHOUSE  
600 EAST MONROE STREET  
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020  
FAX: 217.492.4028

**FILED**

JAN 6 2005

JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

RE: __Delaney__ v __Battlin, et al__

Case # __00-3084__

Received __Defendant's__ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this _____ day of _____.

Received by: _____