E-FILED
Tuesday, 05 December, 2006  10:12:38 AM
Clerk, U.S. District Court, ILCD

Honorable Jeanne Scott                    Nov. 27 06

    I'm writting you in regurds to the restitution I'm order to pay. I recieved a letter stating that if I didn't make a payment they are going to charge me intrest. Your Honor I'm serving 22 years and I'm unable to make a payment. I'm asking if you could please expunge my fine or make my payments do upon releabal from prison and gainfully employed.
    This request I'm asking is and would be greatly appreciated if granted. Case No. 00-CR-30018

               Thank You!

          Michael Swanson #17517-076
          Federal Correction Insitution
          P.O. Box 1000
          Oxford Wi
               53952

RECEIVED
NOV 3 0 2006
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL