E-FILED
Thursday, 26 July, 2007   08:58:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO. 00-30018-001 |
| v. | ) |
| | ) |
| MICHAEL SWANSON, | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: July 26, 2007

By:   s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has this July 26, 2007, been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        MICHAEL SWANSON
        Reg.No. 17517-076
        P.O. Box 500
        Off County Highway
        Oxford, WI 53952

        s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888 or 217-492-4580
        E-Mail: Beth.Collins@usdoj.gov