Clerk of the Court

FILED
AUG 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

08-08-08

Would you guys please send me a copy of my Judgement in a Criminal Case, case number 3:00-30018-001. It is and will be greatly appreciated.

Respectfully Requested

Michael Swanson #17577-076
Federal Correctional Institution
P.O. Box 1000
Oxford Wi
53952

Would you place "Open in front of inmate" on front of envelope please. Thank you!