Clerk of the Court                                        08-24-08

    I'm in the process of filing a 2255 motion and I'm in need of every order the court has rendered against me. It is greatly appreciated.

Case No: 04-3102
Crim. No: 00-CR-30018

Respectfully Requesting,

Michael Swanson #17517-076
Federal Correctional Institution
P.O. Box 1000
Oxford WI
53952



FILED
AUG 27 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS